UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 94-2437**

———————

MARTHA A. WILLIAMS,

                              Plaintiff - Appellant,

        versus


COMMONWEALTH OF VIRGINIA, DEPARTMENT OF SOCIAL
SERVICES; LARRY D. JACKSON, Individually and
in his official capacity as Commissioner of
Social Services of the Commonwealth; HAROLD
HOBSON, Individually and in his official
capacity as Manager of Employee Relations of
the Commonwealth of Virginia Department of
Social Services; EDDIE L. PERRY, Individually
and in his official capacity as Director of
Human Resources of the Commonwealth of Vir-
ginia Department of Social Services; GLORIA J.
ANDERSON, Individually and in her official
capacity as Training Manager for Division of
Child Support Enforcement of the Commonwealth
of Virginia Department of Social Services,

                              Defendants - Appellees.


———————

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-93-688-3)

———————

Argued:  January 29, 1996          Decided:  March 28, 1996

———————

Before HALL, NIEMEYER, and LUTTIG, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

**ARGUED:** Harris Dewey Butler, III, BUTLER, MACON, WILLIAMS, PANTELE & LOWNDES, Richmond, Virginia, for Appellant. William Gatling Atkinson, Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellees. **ON BRIEF:** Nancy Lang Lowndes, BUTLER, MACON, WILLIAMS, PANTELE & LOWNDES, Richmond, Virginia, for Appellant. James S. Gilmore, III, Attorney General of Virginia, Catherine C. Hammond, Deputy Attorney General, Neil A.G. McPhie, Senior Assistant Attorney General, OFFICE OF THE ATTORNEY GENERAL, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Martha Williams appeals (1) the order dated September 15, 1994, granting partial summary judgment to the Commonwealth of Virginia, and (2) the order dated October 18, 1994,[*] granting judgment as a matter of law in the Commonwealth's favor.  Our review of the record and the arguments of counsel disclose that the appeals are without merit.  Accordingly, we affirm on the reasoning of the district court.  Williams v. Comm. of Virginia, Dep't of Social Services, No. 3:93CV688 (E.D. Va. Sept. 15, 1994 & Aug. 21, 1995) (memorandum opinions).

AFFIRMED

---

[*] The district court initially entered an order granting judgment as a matter of law on October 18, 1994, and noted therein that a written opinion would follow.  When the memorandum opinion was issued on August 21, 1995, the court entered a "Final Order" again granting judgment as a matter of law and dismissing the case.